ANNE RITHOLTZ, Respondent, v. ALVIN A. LICHT and Others, Defendants, Impleaded with JOSEPH G. COHEN, Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion

to dismiss the first and third causes of action as against defendant Joseph G. Cohen for legal insufficiency is granted. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.